**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JERRY C. BROWN,**                                                                                **PLAINTIFF**

**V.**                                     **NO. 1:04CV100-D-B**

**JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,**                   **DEFENDANT**

## FINAL JUDGMENT

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 24, 2005, was on that date duly served by regular mail upon counsel for the plaintiff and counsel of record for the defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated May 24, 2005, is approved and adopted as the opinion of the Court.

    2. That the decision of the Commissioner of Social Security denying disability benefits is, hereby, **REVERSED** and **the case REMANDED** for payment of benefits consistent with the Opinion of this Court.

    **THIS**, the 15th day of June, 2005.

                                                        /s/ Glen H. Davidson
                                                          **CHIEF JUDGE**